## Hyman Winograd, Defendant in Error, v. Maurice Olson, Plaintiff in Error.

### Gen. No. 23,091. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. LEO J. DOYLE, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed October 2, 1917.

### Statement of the Case.

Action by Hyman Winograd, plaintiff, against Maurice Olson, defendant, to recover for rent due under a lease. From a judgment for plaintiff for $114, defendant brings error.

WILLIAM A. JENNINGS, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. LANDLORD AND TENANT, § 67*—*when lease not construed as meaning that premises demised should be used as garage.* A lease providing that premises are to be used only as a store, to handle and sell automobile accessories and as a showroom for new automobiles, but no repairs of any kind will be allowed on the premises, cannot be construed as meaning that the premises demised should be used as a garage.

2. CONTRACTS, § 173*—*when construction rendering contract valid and enforceable adopted.* Where a contract is capable of opposite constructions, one of which would render it valid and enforceable and the other illegal and void, the former construction should be adopted.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.